IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROLINA PREJEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CV-1593-SMY |
| | ) |
| JEN DISCHBEIN, KIM | ) |
| SCHALTENBRAND, and METRO | ) |
| LANDING APARTMENTS. | ) |
| | |
| Defendant. | |

## ORDER

**YANDLE, District Judge:**

Plaintiff Carolina Prejean filed the instant lawsuit seeking monetary relief against Defendants Jen Dischbein, Kim Schaltenbrand, and Metro Landing Apartments based on a landlord-tenant dispute. A court order mailed to Plaintiff at the address on record was returned as undeliverable. As a result, Plaintiff was ordered to show cause in writing on or before August 15, 2021 why her claims should not be dismissed for failing to comply with a court order and to prosecute this matter. Although Plaintiff was warned that failure to respond to the order would result in the dismissal of her claims without further notice, she has not responded.

Accordingly, Plaintiff's Complaint is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to enter judgment accordingly and to close the case.

IT IS SO ORDERED.

DATED: August 22, 2022

STACI M. YANDLE
United States District Judge